RECEIVED
JAN - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARREN D. SHIVERS,<br>    Plaintiff | CIVIL ACTION<br>1:13-CV-02406 |
| VERSUS | |
| C.O. LARD, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Shivers' motion for summary judgment (Doc. 41) is DENIED as to all defendants.

IT IS ORDERED that McDonald's motion for summary judgment (Doc. 52) is GRANTED and that Shivers' action against McDonald is DISMISSED WITH PREJUDICE.

IT IS ORDERED that a summary judgment is GRANTED in favor of Lard and Moss, and that Shivers' action against Lard and Moss is DISMISSED WITH PREJUDICE.

IT IS ORDERED that Shivers' complaint against Corrections Corporation of America is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. rule 4(m).

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of January 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE